POLSINELLI PC
Jason A. Nagi
900 Third Avenue, 21st Floor
New York, New York 10022
jnagi@polsinelli.com
(212) 644-2092
*Attorneys for Defendant, Jay Chernikoff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSHUA BERNSTEIN,

No. 1:14-cv-02540-VSB

                Plaintiff,

      vs

JAY CHERNIKOFF,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## <u>NOTICE OF MOTION TO TRANSFER VENUE</u>

PLEASE TAKE NOTICE that upon the Declaration of Jay Chernikoff, dated June 5, 2014 and exhibits attached thereto and the accompanying memorandum of law, and all the pleadings and proceedings had herein, the undersigned will move this Court, before the Honorable District Judge Vernon S. Broderick, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, Courtroom 518, at a date and time to be designated by the Court, for an order, pursuant to 28 U.S.C. § 1404, transferring this matter to the District Court for the District of Arizona and for such other relief as this Court deems proper.

PLEASE TAKE FURTHER NOTICE that, opposing affidavits and answering memoranda, if any, shall be served within fourteen days after service of the moving papers; and

PLEASE TAKE FURTHER NOTICE that, reply affidavits and reply memoranda of law shall be served within seven days after service of the answering papers.

Dated:  New York, New York
        June 5, 2014


POLSINELLI PC


By: */s/  Jason A. Nagi*
    Jason A. Nagi
    900 Third Avenue, 21st Floor
    New York, NY  10022
    (212) 684-0199
    *Attorneys for Defendant Jay Chernikoff*


TO:

Arnold I. Bernstein
Ariella Bernstein
Bernstein & Bernstein
599 W. Hartsdale Ave.
White Plains, NY  10607
*Attorneys for Plaintiff Joshua Bernstein*