UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSHUA BERNSTEIN,

                     Plaintiff,

-against-

JAY CHERNIKOFF,

                     Defendant.
----------------------------------------------------------------X

NO. 1:14-CV-02540 (VSB)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Belowich & Walsh LLP, with offices located at 445 Hamilton Avenue, Suite 1102, White Plains, NY 10601, is hereby substituted as counsel of record for Plaintiff Joshua Bernstein in place and in stead of the firm of Bernstein & Bernstein as of the date hereof.

Dated: White Plains, New York
       April ___, 2015

BELOWICH & WALSH LLP

_____
By:   Brian T. Belowich
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 367-0081

BERNSTEIN & BERNSTEIN

_____
By:   Arnold I. Berstein
599 West Hartsdale Avenue
White Plains, New York 10607
(914) 997-6400


_____
Joshua Bernstein

Sworn to before me this
_____ day of _____, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA BERNSTEIN,

                          Plaintiff,

-against-

JAY CHERNIKOFF,

                          Defendant.
------------------------------------------------------------X

NO. 1:14-CV-02540 (VSB)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Belowich & Walsh LLP, with offices located at 445 Hamilton Avenue, Suite 1102, White Plains, NY 10601, is hereby substituted as counsel of record for Plaintiff Joshua Bernstein in place and in stead of the firm of Bernstein & Bernstein as of the date hereof.

Dated: White Plains, New York
          April ___, 2015

BELOWICH & WALSH LLP

By:    Brian T. Belowich
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 367-0081

BERNSTEIN & BERNSTEIN

By:    Arnold I. Berstein
599 West Hartsdale Avenue
White Plains, New York 10607
(914) 997-6400

Joshua Bernstein

Sworn to before me this
21 day of April, 2015

Hali E. Brannon
NOTARY PUBLIC

HALI E. BRANNON
Notary Public - State of Florida
My Comm. Expires May 29, 2018
Commission # FF 127414

_____
NOTARY PUBLIC

SO ORDERED

_____
The Honorable Vernon S. Broderick