UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

JOSHUA BERNSTEIN          Plaintiff,          Case No. 1:14-CV-02540 (VSB)

-against-

JAY CHERNIKOFF            Defendant.
-----------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**KERRY EILEEN FORD**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KF1825          My State Bar Number is 2862126

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Denlea & Carton LLP
            FIRM ADDRESS: 2 Westchester Park Dr., #410, White Plains, NY 1060
            FIRM TELEPHONE NUMBER: 914-920-7400
            FIRM FAX NUMBER: 914-761-1900

NEW FIRM:   FIRM NAME: Belowich & Walsh LLP
            FIRM ADDRESS: 445 Hamilton Ave., White Plains, NY 10601
            FIRM TELEPHONE NUMBER: 914-367-0081
            FIRM FAX NUMBER: 914-367-0092

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 4/29/15

ATTORNEY'S SIGNATURE