UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSHUA BERNSTEIN,

                      Plaintiff,

    -against-

JAY CHERNIKOFF,

                      Defendant.
------------------------------------------------------------------X

No. 14-cv-2540 (VSB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of the claims asserted in the Complaint herein, and the counterclaims asserted by Defendant, are hereby voluntarily dismissed with prejudice and without costs to any one party against the other.

Dated: August 14, 2015

August 14, 2015

/s/ Kerry Ford Cunningham
Belowich & Walsh LLP
Kerry Ford Cunningham (KF1825)
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 367-0081
Attorneys for Plaintiff

/s/ Jason A. Nagi
Polsinelli PC
Jason A. Nagi (JN      )
900 Third Avenue, 21st Floor
New York, New York 10022
(212) 684-0199
Attorneys for Defendant